**LAW OFFICES OF GIHAN THOMAS**
**A Professional Corporation**
**Gihan L. Thomas (SBN 198612)**
**Certified Specialist, Immigration and Nationality Law**
**State Bar of California, Board of Legal Specialization**
**930 Colorado Blvd, Unit #2**
**Los Angeles, CA 90041**
**Telephone      (310) 203-2242**
**Facsimile      (310) 203-2287**

**Attorney For Plaintiff**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVEN SHAWKY SHENODA TAWADROS RAMY SABRY TAWFEK MASOUD YOUSSEF RAMY SABRY T. MASOUD ADAM RAMY SABRY T. MASOUD <br><br>                    Plaintiff, <br><br> v.s. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; LOS ANGELES ASYLUM OFFICE; DAVID RADEL; KRISTI NOEM; UR M. JADDOU; TED H. KIM; MATTHEW D. EMRICH; AND DOES 1-10, <br><br>                    Defendants, | Case No.:      8:25-cv-2517 <br><br><br> **COMPLAINT FOR:** <br><br> 1)   **DECLARATORY AND INJUNCTIVE RELIEF** <br> 2)   **WRIT IN THE NATURE OF IMMIGRATION MANDAMUS** |

        By and through her undersigned counsel, Plaintiffs; NEVEN SHAWKY SHENODA TAWADROS, RAMY SABRY TAWFEK MASOUD, YOUSSEF RAMY SABRY T. MASOUD, AND ADAM RAMY SABRU T. MASOUD ("Plaintiff(s)") brings this action, individually or derivatively on behalf of NEVEN SHAWKY SHENODA TAWADROS.

**INTRODUCTION**

1.  This action is brought by Plaintiffs Neven Shawky Shenoda Tawadros, derivative spouse Ramy Sabry Tawfek Masoud, and derivative children Youssef Ramy Sabry Tawfik Masoud and Adam Ramy Sabry Tawfik Masoud by and through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to process an Application for Asylum and for Withholding of Removal which was received and is pending as of April 13, 2020, and which has still not been called for an interview.

2.  On December 10, 2019, Plaintiff(s) came to the United States at Los Angeles on a B2 visa and have stayed in the US ever since. On April 13, 2020, Plaintiff(s) submitted an I-589 Application for Asylum and Withholding of Removal to the California Service Center which was subsequently assigned for processing and adjudication to the Defendant Los Angeles Asylum Office. *See* **(Exhibit A: I-589 Application for Asylum and Withholding of Removal; Exhibit B: I-589 Receipt Notice).** Plaintiff(s) Neven Shawky Shenoda Tawadros and her derivative family members sought asylum in the United States of America based on Plaintiff Neven Shawky Shenoda Tawadros' past persecution as a victim of FGM (Female Genital Mutilation) and a well-founded fear of returning to Egypt on account of their Coptic Christian Orthodox religion.

3.  After submitting their application for asylum, Defendant USCIS instructed Plaintiff(s) Neven Shawky Shenoda Tawadros and her derivative family members to present themselves to biometric inspection at a designated USCIS Application Support Center on October 15, 2020. *See* **(EXHIBIT B: I-797 Notice of Action- Fingerprint Notifications).** Plaintiff(s) Neven Shawky Shenoda Tawadros and her derivative family members did appear at the

designated Application Support Center during the appointed time-frame and provided their biometric information.

4.  After Plaintiff(s) Neven Shawky Shenoda Tawadros and her derivative family members provided their biometric information, neither Defendant USCIS nor Los Angeles Asylum Office nor any of the other named Defendants communicated with Plaintiff(s) about the exact date their asylum interview would be scheduled. Note: Plaintiff(s) Neven Shawky Shenoda Tawadros and her derivative family members additionally requested to have their name placed on the Standby List for an Affirmative Asylum Interview. *See* (**EXHIBIT C- USCIS Los Angeles Asylum Office Standby List Correspondence).** However, Plaintiff(s) Neven Shawky Shenoda Tawadros and her derivative family members received no response. Also note: On September 25, 2020, Plaintiff(s) affirmatively contacted Defendant Los Angeles Asylum Office concerning an expedited interview request. On October 21, 2020, Catherine Mueller, the Congressional Liaison Specialist of The Defendants Los Angeles Asylum Office, U.S. Citizenship and Immigration Services, and Department of Homeland Security responded to the inquiry, denying Plaintiff(s) inquiry and failing to provide the Plaintiff(s) with an interview date. *See* (**EXHIBIT D- USCIS Response to Plaintiff(s) Expedited Interview Request).** Plaintiff(s) Neven Shawky Shenoda Tawadros and her derivative family members have been waiting for over 5 years for their interview date at this point. Plaintiff(s) have no way of knowing how much longer they will have to wait in order to testify in support of their application for asylum. Plaintiff(s) Neven Shawky Shenoda Tawadros and her derivative family members are unable to plan for their future and are forced to endure the constant uncertainty of whether their application will be denied and referred to The Executive Office for Immigration Review (EOIR).

5.  Defendants have violated the Administrative Procedure Act ("APA") by failing to schedule Plaintiff's asylum application for an interview which has been pending now for over 5 years. Plaintiff(s) seek to compel Defendants, through a writ of mandamus, to schedule an interview for the pending asylum application.

## **PARTIES**

6.  Plaintiff(s) Neven Shawky Shenoda Tawadros and her derivative family members are citizens of Egypt. Plaintiff(s) came to the United States on B2 visas on December 10, 2019. Plaintiff(s) filed their I-589 Application for Asylum and Withholding of Removal on April 13, 2020.

7.  Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and Los Angeles Asylum office and officers named as defendants in this complaint.

8.  Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under DHS, overseeing the Los Angeles Asylum Office and officers named as defendants in this Complaint.

9.  Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff's asylum application.

10. Defendant DAVID RADEL (hereinafter "Director Radel") is the director of the Los Angeles Asylum Office. This suit is brought against Director Radel in his official capacity, as he is

charged with overseeing the adjudication of the asylum applications at the Los Angeles Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

11. Defendant KRISTI NOEM (hereinafter "Secretary Noem") is the Secretary of the Department of Homeland Security. This suit is brought against Secretary Noem in her official capacity, as she is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

12. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff'(s) asylum application. This suit is brought against Director Jaddou in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

13. Defendant TED H. KIM (hereinafter "Associate Director KIM") is the Associate Director of Refugee, Asylum, and International Operations. This suit is brought against Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the Los Angeles Asylum Office, and it requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

14. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud

Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not adjudicated the Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

## **JURISDICTION**

15. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiff(s) suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

16. The Court has jurisdiction over the present action pursuant to 8 C.F.R, § 204, Immigration & Nationality Act § 203 (b)(1)(C); 28 U.S.C. § 1131, 28 U.S.C. § 136, the Mandamus Act; 28 U.S.C §2201, the Declaratory Judgement Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

17. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance,…no balancing of factors is required or permitted."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **VENUE**

18. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action. Plaintiff(s) resides in Huntington Beach, California, which is located in the Central District of California. No real property is involved in this action. Therefore, venue is proper in this Court.

## **EXHAUSTION OF REMEDIES**

19. Plaintiff(s) have no administrative remedies. Since Plaintiff(s) Neven Shawky Shenoda Tawadros and her derivative family members received their notification to process their biometric information on October 15, **2020**, Plaintiff(s) have received no clear correspondence or communication from Defendant USCIS nor Los Angeles Asylum Office about how much longer they will have to wait for the pending asylum application to be called for an interview. Plaintiff(s) did receive a response from Defendant USCIS and Los Angeles Asylum Office following an expedited interview request by Plaintiff(s) Attorney Gihan L. Thomas, Esq. on October 21, 2020, however, Defendant's response did not provide an asylum interview date. Plaintiff(s) had been waiting over 5 years at this point to have their asylum claim heard at the Los Angeles Asylum Office. There are no administrative remedies for neglect of duty.

## **CAUSE OF ACTION**

20. Pursuant to 8 U.S.C §1158, Plaintiff(s) Neven Shawky Shenoda Tawadros and her derivative family members filed an application for Asylum and Withholding of Removal on April 13, 2020.

21. Since filing their Application, Plaintiff(s) Neven Shawky Shenoda Tawadros and her derivative family members have not received any concrete indication from the Defendant Los Angeles Asylum Office nor USCIS of the date their Asylum interview will be scheduled. Plaintiff(s) Neven Shawky Shenoda Tawadros and her derivative family members, therefore, have no way of knowing how much longer the scheduling process will take.

22. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

23. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

24. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158 (d)(5)(A)(iii). It has been over 5 years since Plaintiff(s) Neven Shawky Shenoda Tawadros and her derivative family members applied for Asylum. Plaintiff(s) have yet to receive an interview date for their case.

25. Plaintiff(s) have no adequate remedy at law, and will continue to suffer irreparable harm if the asylum application is not promptly scheduled.

26. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

27. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction and agreeable to the usages and principles of law."

## **CLAIM FOR RELIEF**

28. Plaintiffs' claim in this action is clear and certain. Plaintiff(s) realleges paragraphs 1 through 27, and, as if fully set forth, Plaintiff(s) is entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and schedule an interview for the pending Asylum application.

29. As a result of the Defendants' failure to adequately perform their duties, Plaintiff(s) have suffered, are suffering, and will continue to suffer irreparable harm. Specifically:

   a. Plaintiff(s) have been irreparably damaged from the fear of not knowing or not being able to prepare for their future concerning what will happen with their asylum case for over 5 years. Plaintiff(s) Neven Shawky Shenoda Tawadros and her derivative family members have been constantly hoping to have the case scheduled for an interview so their case could then be adjudicated and she and her family can progress with their lives. Due to the abnormally long wait and lack of certainty surrounding when their asylum case will be heard, Plaintiff, her derivative spouse, and derivative children are enduring significant psychological trauma.

b.  The delay is causing irreparable harm to Plaintiff(s) who are not able to progress with their lives in the United States without fear of being forced to return to Egypt, a country where upon return it is reasonable to believe she and her family will be persecuted, tortured, or killed.

30.  The Defendants, in violation of the Administrative Procedure Act, are unlawfully withholding or unreasonably delaying action on Plaintiff(s) Neven Shawky Shenoda Tawadros' application and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to their case.

31.  The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate in this matter.

32.  Plaintiff(s) Neven Shawky Shenoda Tawadros and her derivative family members have attempted to learn about the status of their pending Asylum and Withholding of Removal application, all to no avail. Only the Los Angeles Asylum Office can make decisions on scheduling an asylum interview, leaving no adequate remedy.

Accordingly, Plaintiff(s) have been forced to pursue the instant action.

**PRAYER**

33.  WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff(s) respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

a.  Accept jurisdiction and maintain continuing jurisdiction in this action;

b.  Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

c.  Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

d.  Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff(s) Neven Shawky Shenoda Tawadros and her derivative family members' asylum application by scheduling an asylum interview and then timely adjudicating the case subsequent to the interview;

e.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff(s) Neven Shawky Shenoda Tawadros and her derivative family members' Withholding of Removal Application by scheduling an interview and then timely adjudicating the case subsequent to the interview;

f.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.  Grant such relief at law and in equity as justice may require.

Dated: November 11, 2025

Respectfully Submitted,

//s//, GIHAN L. THOMAS
_____
Gihan L. Thomas
Certified Specialist, Immigration and Nationality Law
State Bar of California, Board of Legal Specialization

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS NEVEN SHAWKY SHENODA TAWADROS, ET AL. v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY ET AL.**

**EXHIBIT**                                                                 **PAGES**

**A.** I-589 Application for Asylum and Withholding of Removal and Declaration............................1

**B.** I-589 Receipt Notice..................................................................................................... 20

**C.** I-797 Notice of Action- Fingerprint Notifications of Plaintiff(s)................................................. 21

**D.** USCIS Los Angeles Asylum Office Standby List Correspondence.......................................... 25

**E.** USCIS Los Angeles Asylum Office Response to Plaintiff(s) Expedited Interview Request Concerning Their Asylum Application.................................................................27

**F.** Annual Asylum Fee Receipt Notice............................................................................... 29

Exhibit A

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 09/30/2022

# I-589, Application for Asylum
# and for Withholding of Removal

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.**

**NOTE:** ☒ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| | | |
|---|---|---|
| **1.** Alien Registration Number(s) (A-Number) *(if any)* <br> **None** | **2.** U.S. Social Security Number *(if any)* <br> **None** | **3.** USCIS Online Account Number *(if any)* <br> **None** |

| | |
|---|---|
| **4.** Complete Last Name <br> **TAWADROS** | **5.** First Name <br> **Neven**    **6.** Middle Name <br> **Shawky Shenoda** |

**7.** What other names have you used *(include maiden name and aliases)?*
**Neven Shawky Shenoda**

**8.** Residence in the U.S. *(where you physically reside)*

| Street Number and Name <br> **17101 Springdale St.** | | | Apt. Number <br> **240** |
|---|---|---|---|
| City <br> **Huntington Beach** | State <br> **CA** | Zip Code <br> **92649** | Telephone Number <br> **657-252-4560** |

**9.** Mailing Address in the U.S. *(if different than the address in Item Number 8)*

| In Care Of *(if applicable)*: <br> **Same as above** | Telephone Number <br> **N/A** |
|---|---|
| Street Number and Name <br> **N/A** | Apt. Number <br> **N/A** |

| City <br> **N/A** | State <br> **N/A** | Zip Code <br> **N/A** |
|---|---|---|

| **10.** Gender: ☐ Male ☒ Female | **11.** Marital Status: ☐ Single ☒ Married ☐ Divorced ☐ Widowed |
|---|---|

| **12.** Date of Birth *(mm/dd/yyyy)* <br> **12/16/1984** | **13.** City and Country of Birth <br> **Cairo**    **Egypt** |
|---|---|

| **14.** Present Nationality *(Citizenship)* <br> **Egyptian** | **15.** Nationality at Birth <br> **Egyptian** | **16.** Race, Ethnic, or Tribal Group <br> **White** | **17.** Religion <br> **Coptic Orthodox Christian** |
|---|---|---|---|

**18.** *Check the box, a through c, that applies:* **a.** ☒ I have never been in Immigration Court proceedings.
**b.** ☐ I am now in Immigration Court proceedings. **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**19.** Complete 19 a through c.

**a.** When did you last leave your country? *(mmm/dd/yyyy)* **12/09/2019** **b.** What is your current I-94 Number, if any? **377617947A2**

**c.** List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)*

| Date **12/10/2019** | Place **Los Angeles, CA** | Status **B2** | Date Status Expires **06/09/2020** |
|---|---|---|---|
| Date **06/11/2014** | Place **Atlanta, GA** | Status **B2** | |
| Date **N/A** | Place **N/A** | Status **N/A** | |

| **20.** What country issued your last passport or travel document? <br> **Egypt** | **21.** Passport Number **A23086936** <br> Travel Document Number **None** | **22.** Expiration Date *(mm/dd/yyyy)* <br> **07/27/2025** |
|---|---|---|

| **23.** What is your native language *(include dialect, if applicable)?* <br> **Arabic** | **24.** Are you fluent in English? <br> ☐ Yes ☒ No | **25.** What other languages do you speak fluently? <br> **None** |
|---|---|---|

| For EOIR use only. | For USCIS use only. | Action: <br> Interview Date: _____ <br> Asylum Officer ID No.: _____ | Decision: <br> Approval Date: _____ <br> Denial Date: _____ <br> Referral Date: _____ |
|---|---|---|---|

**1**

Form I-589 (Rev. 09/10/19) N

## Part A.II. Information About Your Spouse and Children

**Your spouse**  ☐ I am not married. *(Skip to* **Your Children** *below.)*

| 1. Alien Registration Number (A-Number) *(if any)*<br>**None** | 2. Passport/ID Card Number *(if any)*<br>**A13830322** | 3. Date of Birth *(mm/dd/yyyy)*<br>**11/13/1982** | 4. U.S. Social Security Number *(if any)*<br>**None** |
|---|---|---|---|
| 5. Complete Last Name<br>**Masoud** | 6. First Name<br>**Ramy** | 7. Middle Name<br>**Sabry Tawfek** | 8. Other names used *(include maiden name and aliases)*<br>**Ramy Sabry Tawfek** |

| 9. Date of Marriage *(mm/dd/yyyy)*<br>**09/28/2009** | 10. Place of Marriage<br>**Cairo, Egypt** | 11. City and Country of Birth<br>**Cairo**          **Egypt** |
|---|---|---|

| 12. Nationality *(Citizenship)*<br>**Egyptian** | 13. Race, Ethnic, or Tribal Group<br>**White** | 14. Gender<br>☒ Male   ☐ Female |
|---|---|---|

| 15. Is this person in the U.S.?  ☒ Yes *(Complete Blocks 16 to 24.)*   ☐ No *(Specify location):* **N/A** |
|---|

| 16. Place of last entry into the U.S.<br>**Los Angeles, CA** | 17. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>**12/10/2019** | 18. I-94 Number *(if any)*<br>**377615069A2** | 19. Status when last admitted *(Visa type, if any)*<br>**B2** |
|---|---|---|---|
| 20. What is your spouse's current status?<br>**Visitor** | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>**06/09/2020** | 22. Is your spouse in Immigration Court proceedings?   ☐ Yes   ☒ No | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)*<br>**06/11/2014** |

| 24. If in the U.S., is your spouse to be included in this application?   *(Check the appropriate box.)*<br>☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*<br>☐ No |
|---|

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part. A.III., Information about your background.)*

☒ I have children.   Total number of children: **2**

**(NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| 1. Alien Registration Number (A-Number) *(if any)*<br>**None** | 2. Passport/ID Card Number *(if any)*<br>**A23086890** | 3. Marital Status *(Married, Single, Divorced, Widowed)*<br>**Single** | 4. U.S. Social Security Number *(if any)*<br>**None** |
|---|---|---|---|
| 5. Complete Last Name<br>**Masoud** | 6. First Name<br>**Youssef** | 7. Middle Name<br>**Ramy SabryTawfik** | 8. Date of Birth *(mm/dd/yyyy)*<br>**06/21/2010** |

| 9. City and Country of Birth<br>**Cairo**          **Egypt** | 10. Nationality *(Citizenship)*<br>**Egyptian** | 11. Race, Ethnic, or Tribal Group<br>**White** | 12. Gender<br>☒ Male   ☐ Female |
|---|---|---|---|

| 13. Is this child in the U.S.?  ☒ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):* **N/A** |
|---|

| 14. Place of last entry into the U.S.<br>**Los Angeles, CA** | 15. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>**12/10/2019** | 16. I-94 Number *(If any)*<br>**Unknown** | 17. Status when last admitted *(Visa type, if any)*<br>**B2** |
|---|---|---|---|
| 18. What is your child's current status?<br>**Visitor** | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>**06/09/2020** | 20. Is your child in Immigration Court proceedings?   ☐ Yes   ☒ No | |

| 21. If in the U.S., is this child to be included in this application?   *(Check the appropriate box.)*<br>☒ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*<br>☐ No |
|---|

**2**

## Part A.II. Information About Your Spouse and Children   (Continued)

| 1. Alien Registration Number (A-Number) (if any) None | 2. Passport/ID Card Number (if any) A23086895 | 3. Marital Status (Married, Single, Divorced, Widowed) Single | 4. U.S. Social Security Number (if any) None |
|---|---|---|---|

| 5. Complete Last Name Masoud | 6. First Name Adam | 7. Middle Name Ramy Sabry Tawfik | 8. Date of Birth (mm/dd/yyyy) 12/17/2011 |
|---|---|---|---|

| 9. City and Country of Birth Cairo    Egypt | 10. Nationality (Citizenship) Egyptian | 11. Race, Ethnic, or Tribal Group White | 12. Gender ☒ Male    ☐ Female |
|---|---|---|---|

**13. Is this child in the U.S. ?** ☒ Yes *(Complete Blocks 14 to 21.)*    ☐ No *(Specify location):* N/A

| 14. Place of last entry into the U.S. Los Angeles, CA | 15. Date of last entry into the U.S. (mm/dd/yyyy) 12/10/2019 | 16. I-94 Number (If any) 377617177A2 | 17. Status when admitted (Visa type, if any) B2 |
|---|---|---|---|

| 18. What is your child's current status? Visitor | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) 06/09/2020 | 20. Is your child in Immigration Court proceedings? ☐ Yes    ☒ No |
|---|---|---|

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*
☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) (if any) N/A | 2. Passport/ID Card Number (if any) N/A | 3. Marital Status (Married, Single, Divorced, Widowed) N/A | 4. U.S. Social Security Number (if any) N/A |
|---|---|---|---|

| 5. Complete Last Name N/A | 6. First Name N/A | 7. Middle Name N/A | 8. Date of Birth (mm/dd/yyyy) N/A |
|---|---|---|---|

| 9. City and Country of Birth N/A    N/A | 10. Nationality (Citizenship) N/A | 11. Race, Ethnic, or Tribal Group N/A | 12. Gender ☐ Male    ☐ Female |
|---|---|---|---|

**13. Is this child in the U.S. ?** ☐ Yes *(Complete Blocks 14 to 21.)*    ☒ No *(Specify location):* N/A

| 14. Place of last entry into the U.S. N/A | 15. Date of last entry into the U.S. (mm/dd/yyyy) N/A | 16. I-94 Number (If any) N/A | 17. Status when last admitted (Visa type, if any) N/A |
|---|---|---|---|

| 18. What is your child's current status? N/A | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) N/A | 20. Is your child in Immigration Court proceedings? ☐ Yes    ☒ No |
|---|---|---|

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☒ No

| 1. Alien Registration Number (A-Number) (if any) N/A | 2. Passport/ID Card Number (if any) N/A | 3. Marital Status (Married, Single, Divorced, Widowed) N/A | 4. U.S. Social Security Number (if any) N/A |
|---|---|---|---|

| 5. Complete Last Name N/A | 6. First Name N/A | 7. Middle Name N/A | 8. Date of Birth (mm/dd/yyyy) N/A |
|---|---|---|---|

| 9. City and Country of Birth N/A    N/A | 10. Nationality (Citizenship) N/A | 11. Race, Ethnic, or Tribal Group N/A | 12. Gender ☐ Male    ☐ Female |
|---|---|---|---|

**13. Is this child in the U.S. ?** ☐ Yes *(Complete Blocks 14 to 21.)*    ☒ No *(Specify location):* N/A

| 14. Place of last entry into the U.S. N/A | 15. Date of last entry into the U.S. (mm/dd/yyyy) N/A | 16. I-94 Number (If any) N/A | 17. Status when last admitted (Visa type, if any) N/A |
|---|---|---|---|

| 18. What is your child's current status? N/A | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) N/A | 20. Is your child in Immigration Court proceedings? ☐ Yes    ☒ No |
|---|---|---|

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☒ No

**3**

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution.  *(List Address, City/Town, Department, Province, or State and Country.)*
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 13 Abdel Raouf St., El Mosheer A. I. | El Basateen | Cairo | Egypt | 12/2019 | 12/2019 |
| N/A | N/A | N/A | N/A | N/A | N/A |

2. Provide the following information about your residences during the past 5 years.  List your present address first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 17101 Springdale St. Apt. # 240 | Huntington Beach | CA | USA | 12/2019 | Present |
| 3205 Harbor Blvd. | Costa Mesa | CA | USA | 12/2019 | 12/2019 |
| 13 Abdel Raouf St., El Mosheer A. I. | El Basateen | Cairo | Egypt | 12/2019 | 12/2019 |
| 262 Block 8 | Hawally | Hawally | Kuwait | 01/2014 | 12/2019 |
| N/A | N/A | N/A | N/A | N/A | N/A |

3. Provide the following information about your education, beginning with the most  recent school that you attended.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| Helwan University | University | Cairo, Egypt | 09/2002 | 09/2007 |
| Masr Al Qadima School | High School | Cairo, Egypt | 09/1999 | 05/2002 |
| El Salam School | Middle School | Cairo, Egypt | 09/1996 | 05/1999 |
| Omar Ibn Elkhatab School | Elementary School | Cairo, Egypt | 09/1991 | 05/1996 |

4. Provide the following information about your employment during the past 5 years.  List your present employment first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | | Your Occupation | Dates From *(Mo/Yr)* | | To *(Mo/Yr)* | |
|---|---|---|---|---|---|---|
| None | N/A | Homemaker | 11 | 2019 | Present | |
| El Shawikh Area | Hawally, Kwait | Medical Representative | 10 | 2015 | 11 | 2019 |
| None | N/A | Homemaker | 01 | 2014 | 10 | 2015 |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Wedad    Gerges Tawadros | Asiut, Egypt | ☐ Deceased Cairo, Egypt |
| *Father* Shawky    Shenoda Tawadros | Cairo, Egypt | ☐ Deceased Cairo, Egypt |
| *Sibling* Samar Shawky Shenoda Tawadros | Cairo, Egypt | ☐ Deceased Cairo, Egypt |
| *Sibling* N/A | N/A | ☐ Deceased N/A |
| *Sibling* N/A | N/A | ☐ Deceased N/A |
| *Sibling* N/A | N/A | ☐ Deceased N/A |

**4**

## Part B. Information About Your Application

*(NOTE:  Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1.  Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

| | | | |
|---|---|---|---|
| ☐ Race | | ☐ Political opinion | |
| ☒ Religion | | ☒ Membership in a particular social group | |
| ☐ Nationality | | ☒ Torture Convention | |

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☐ No        ☒ Yes

If "Yes," explain in detail:
1.  What happened;
2.  When the harm or mistreatment or threats occurred;
3.  Who caused the harm or mistreatment or threats; and
4.  Why you believe the harm or mistreatment or threats occurred.

> **Please refer to my declaration incorporated herein by reference.**

**B.** Do you fear harm or mistreatment if you return to your home country?

☐ No        ☒ Yes

If "Yes," explain in detail:
1.  What harm or mistreatment you fear;
2.  Who you believe would harm or mistreat you; and
3.  Why you believe you would or could be harmed or mistreated.

> **Please refer to my declaration incorporated herein by reference.**

**5**

## Part B: Information About Your Application  (Continued)

**2.** Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?

☒ No            ☐ Yes

If "Yes," explain the circumstances and reasons for the action.

**3.A.** Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☐ No            ☒ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

> **We were members of St. Mary & St. Athanasius church, Cairo, Egypt.**
> **We were also members of St. Mark Coptic Orthodox Church, Hawally, Kuwait.**

**3.B.** Do you or your family members continue to participate in any way in these organizations or groups?

☐ No            ☒ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

> **We are members of Archangel Michael Coptic Orthodox Church, Santa Ana, CA, USA.**

**4.** Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No            ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

> **Please refer to my declaration incorporated herein by reference.**

**6**

## Part C. Additional Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

**1.** Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

☒ No          ☐ Yes

If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

**2.A.** After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

☐ No          ☒ Yes

**2.B.** Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

☒ No          ☐ Yes

If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

> **2.A. We resided in Hawally, Kuwait from 04/2012 till 12/2019, on a temporary working visa.**
> **We transited in Paris, France, for 3 hours.**

**3.** Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

☒ No          ☐ Yes

If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

**7**

## Part C. Additional Information About Your Application  (Continued)

**4.** After you left the country where you were harmed or fear harm, did you return to that country?

☒ No    ☐ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

**5.** Are you filing this application more than 1 year after your last arrival in the United States?

☒ No    ☐ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

**6.** Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?

☒ No    ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

I-589
Neven Tawadros
D.O.B
12/16/1984

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

**WARNING:** Applicants who are in the United States **unlawfully** are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Neven          Shawky Shenoda  TAWADROS | نيفين شوقي شنودة تواضروس |

Did your spouse, parent, or child(ren) assist you in completing this application?   ☒ No   ☐ Yes *(If "Yes," list the name and relationship.)*

| _(Name)_ | _(Relationship)_ | _(Name)_ | _(Relationship)_ |
|---|---|---|---|

Did someone other than your spouse, parent, or child(ren) prepare this application?   ☐ No   ☒ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?   ☒ No   ☐ Yes

Signature of Applicant *(The person in Part A.I.)*

➡ [ *Neven Tawadros* ]     02/26/2020

Sign your name so it all appears within the brackets     Date *(mm/dd/yyyy)*

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer<br>**Gihan Thomas**<br>**Law Offices of Gihan Thomas** |
|---|---|

| Daytime Telephone Number<br>**3102032242** | Address of Preparer: Street Number and Name<br>**611 Wilshire Blvd.** |
|---|---|

| Apt. Number<br>**907** | City<br>**Los Angeles** | | State<br>**CA** | Zip Code<br>**90017** |
|---|---|---|---|---|

| To be completed by an attorney or accredited representative (if any). | ☒ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable)<br>**198612** | Attorney or Accredited Representative USCIS Online Account Number (if any)<br>N o n e |
|---|---|---|---|

**9**

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

| | |
|---|---|
| Signature of Applicant | Date *(mm/dd/yyyy)* |
| Write Your Name in Your Native Alphabet | Signature of Asylum Officer |

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

| | |
|---|---|
| Signature of Applicant | Date *(mm/dd/yyyy)* |
| Write Your Name in Your Native Alphabet | Signature of Immigration Judge |

**10**

## CERTIFICATE OF TRANSLATION:

I, **Fady Awadalla**, am competent to translate from Arabic into English, and from English into Arabic. I have _reviewed_ the content of this document and I certify that the English terms correspond to the Arabic ones. I certify that this is true and accurate to the best of my abilities.

*Fady Awadalla*

-----------------------

**Fady Awadalla**
Los Angeles, CA

**11**

I want to seek protection for two main reasons.  One is because I was a victim of female genital mutilation and the second is because I am a Coptic Orthodox Christian.  I had a working visa in Kuwait, but we had to leave Kuwait because my child was subjected to harassment and sexual assault from the bus driver of his school.  Fortunately, he was not penetrated by the bus driver, but we heard from our child that he apparently was molested at least several times.  We tried to report it to the local police, but they not help us and did not believe us and sided with driver.  Apparently, the Kuwaiti man sponsoring this driver was highly connected and was able to get him off the hook.  We left Kuwait and did not want to stay anymore in fear of our child's safety.  Our working visa terminates as it was not permanent.

FEMALE GENITAL MUTILATION

I was attending 4th grade in school – so I believe I may have been 9 years old.  I was taken to a doctor's office with my mother and a neighbor called Hendia (She was not a Christian neighbor).  No one explained anything to me.  I was told that we are going to the doctor because you need to examine your tonsils because you get sick a lot.  When we arrived at the doctor's office, we were escorted to the doctor's room.  My mother and the neighbor, along with the nurse and the doctor were present.  They placed me on an examining table.  I believe on this examining table, they could tie my hands from the back. Also, I had to open my legs and tie my legs to this examining table.  They took off my pants and I was questioning what was going on?  My mother did not respond and told me to obey.  I saw the nurse spraying my genitals and I felt like a cold substance on my private part.  The doctor moved to the side and then I felt pain tremendously.  The spray was like some sort of a local anesthetic, but it was not enough to stop the tremendous pain of cutting through my flesh.  I was screaming.

I did not see what he was doing because before cutting me, they placed some sort of a white sheet that precludes me from seeing, particularly what was happening from below.  After that, I heard the doctor saying that everything is OK and that she (my mom) could take me home.

I was in pain and bleeding while I was going home. I was crying.  When I arrived home, I was sobbing.  I saw the blood in my genitals and that terrified me a lot.  After that and for the next two weeks, I continued to bleed. As to my urination, I was unable to urinate for approximately five days.

Apparently, when my older sister, Samar saw me bleeding from genitals, she told me that she had undergone the same procedure 4 years earlier.

**12**

I was upset from my mother and I felt violated.  I asked my mother why did she accept to do this to me, she said it was part of the family's cultures and traditions. She was also mutilated at a young age.  She also told me that girls who are not circumcised are not wanted and do not get married.

I was terrified from every man that would come my way.  I also had panic attacks for the next two months.

The female genital mutilation affected my monthly period.  For the first several months, I would have the period twice a month.  After that, I would bleed heavily.

It also impacted on my marriage.  First, in our culture we cannot discuss sex before marriage.  So, my husband did not know that I was mutilated at a young age.  When we got married, I was unable to feel good about opening my legs, and he tried.  I remained as a virgin unable to complete the intercourse for approximately 4 or 5 days.  When it finally happened, I was in pain and I did not have appetite.

Throughout my marriage, I always complain.  I try to find excuses of not completing the intercourse - you can say I have a poor desire.  When it happens, sometimes, I feel pain.  My husband decided that we should use lubricants to facilitate his penetration, but still it does not help.

Because of this, we have fights and lack a proper intimate relationship.  It is hidden, but the reality is that he is short tempered. I can see in his eyes, the frustration because of my inability to give him what he wants.

I have infections and inflammations.  I tried to take Dalacine – vaginal ovules and betadine wash.

I also had problems during my delivery.  I ended up having a C section after failing to deliver naturally for 8 hours.  All these problems are attributed to my female genital mutilation and it is confirmed through medical research as I am a pharmacist.

As a result of this procedure, I feel bad.  I feel insecure.  I feel jealousy towards my husband. I feel that he could be cheating on me.  I have many doubts and countless nights of crying that I try to hide from him.

COPTIC ORTHODOX CHRISTIAN

As a Coptic Christian, it is easy to be threatened, insulted, harassed and even attacked on the streets of Egypt.  I have lived through Egypt after the ousting of Moubarak. As such I have witnessed: bombings of many churches, attacks and closure of churches which prompted the peaceful protest of Maspero. (It is the

**13**

protest where the military of Egypt killed Christians who were simply demanding protection)

My brother in law's church, Virgin Mary in Imbaba, was attacked by the Salafies on May 2011.  Also, one of our friends, Mina Naeem was among the dead during the bombing of the Saint George Church in Tanta on April 9, 2017 – we all cried for his death.

My mother and sister continue to suffer from threats.  They also told me that the church would close its doors sometimes because of credible threats of violence or bombing.

When I ride the metro, they would cuss at me and my religion.  I was called infidel and a whore.  On my last trip, there was a niqab woman that was trying to push me with her body and cussed at me and my religion. Egypt is not a safe place for Christians anymore.

For all the foregoing, I respectfully request asylum in the United States.


*Neven tawadros*

Neven Shawky Shenoda Tawadros

**14**

ـ أنا أتقدم بطلب الحماية لسببين رئيسيين

* أولهما لقد تم ختاني

* والثاني :ـ أنني قبطية مسيحية أرثوذكسية

ـ كان لدى عقد عمل بالكويت لكم أظطررت أن أترك الكويت
حيث تعرض أبني إلى التحرش والإعتداء الجنسي من سائق أتوبيس
المدرسة ومن حسن حظنا انه لم يتم هتك عرضه لكم تبين من
كلام إبنا أنه تعرض للتحرش منه عدة مرات ولقد قمنا بالإبلاغ
عنه لكم للأسف لم نلقى المساعدة من الجهات المختصة ولم يتم
تصديق أقوالنا ضد هذا السائق المعتدى لأنه كان مسنوداً من
كفيله الكويتي صاحب النفوذ والإحتمالات مماسهل هروبه من هذه
الواقعة مترك الكويت ولم نعد نرغب في البقاء بها خوفاً منا
على سلامة أطفالنا وقد إنتهت إقامتنا هناك بمجرد تركنا للعمل لأننا
لم تكن بإقامة دائمة

ـ لقد كنت في الصف الرابع الإبتدائي أعتقد حينها كنت أبلغ من العمر
٩ سنوات حين أخذتني والدتي مع جارتنا الغير مسيحية  التي تدعى * هدية *
للدكتور دون إعلامي او إخبارى  أى شئ

ـ تم إخبارى فقط أننا نذهب للطبيب لفحص اللوزتين حيث
بدنى أصيب بالمرض كثيراً

ﺍ

كان بحضور الممرضة وجارتنا والدكتور و والدتي
لقد قاموا بوضعي على طاولة الفحص أتذكر بأنهم قاموا
بربط يداي للخلف قاموا بفتح قدماي ليربطوهما الأخرى
و قبل هذا جعلوني أخلع بنطالي وسروالي مما لماذا كل هذا
ولا أحد مني والدي إجابة غير أخباري بأن أكون مطيعة
فقط

- لقد رأيت الممرضة تقوم برشي رزاز على أعضائي التناسلية
وشعرت ببرودة شديدة و قتها في هذه اللحظة مسجس وا و بعدها
انتقل الدكتور إلى هذا الجنب و قتها شعرت بألم يفوق الوصف
فقد كان هذا الرزاز مجرد بنج موضعي لكن للأسف لم يكن كافياً
لمنع هذا الألم الرهيب المصاحب لقطع جزء من لحمي لقد كنت أصرخ

- لم أكن أرى ما يفعله لأنه قبل قطع هذا الجزء كان يضع ساتر أبيض
يحجب عني الرؤية طاوحدث في الأسفل

- بعدها قام بهذا و أسمعها سمعته يقول لوالدتي كل شيء على ما يرام تستطيع
أخذ ها الى المنزل

- لقد كنت أنزف وأتألم أثناء نقلي إلى المنزل كنت أبكي بشدة

- رأيت الدماء على أعضائي التناسلية مما سبب لي حالة من الذعر الكبير

- استمر النزيف بعدها حوال أسبوعين وكان هناك صعوبة شديدة
في التبول لمدة خمس أيام

- حين رأت أختي الكبرى سمر نزيفا من أعضائي التناسلية أخبرتني
أنها تعرضت لنفس الحادثة منذ أربع أعوام سابقة

- لقد كنت عانية منه أمس  وسألتها لماذا  وافقت أن تفعل بي هذا ؟
ردت عليا إن هذا جزء من عادات وتقاليد هذا المجتمع و أنها
تعرضت لنفس الشئ، وأن الفتاة التى ترفض هذا تكون منبوذة
و لا يتزوجها أحد

- لقد أصبحت مرعوبة من كل رجلٍ فى طريقى وانتابنى نوبت فزع
طدة شهرين بعد هذه الواقعة

- أن الختان أثر على دورتى الشهرية فى البداية فى الشهور الاول
كانت تأتى لى مرتين فى الشهر و تأتى بنزيف حاد

- هذا أيضا أثر على زواجى فأن فى مجتمعنا لا تكلم عن الجنس قبل الزواج
ولذلك لم يعلم زوجى قبل الزواج بأنه تم ختانى وعند الزواج فى البداية
لم أستطع أن أشعر جيد لا يفتح قمامى و كان هو يحاول معى
لقد ظللت عذراء طدة ٥ أيام بعد الزواج و بعدما حدث هذا أخيراً
شعرت بالألم الحاد  ولم تكن هناك شعور بالرغبة او الأكتفاء
خلا ل زواجى أشكو دائماً باحثة عن أعذار لعدم إتمام اللقاء الجنسى
ولذلك لا أشتاق لا بالشعور فى الرغبة بها وعند حدوثه أشعر بالألم و لذلك
قرر زوجى اللجوء لاستخدام المزلق لتسهيل اللقاء  و كم مازلت أتأثر بالألم
ولهذا فكثيراً ما يحدث الخلافات بيننا  وقلة العلاقة الحميمة هى
السبب الخفى وراء الكثير من المشاكل  واحساسى بعدم إرضاء ده الذى أراه
كثيراً ما أعترف للاثبات التناسلية  ودائماً أستخدم ولا سيل دخى
جيبلية وغسول مهلم بياديس

⊕
17

وقد واجهت صعوبة شديدة أثناء ولادتي التي انتهت بالولادة القيصرية بعد انتظار ومحاولات دامت لـ ثمان ساعات للولادة الطبيعية ووجدت في النهاية أن كل هذا نتيجة للختان الذي تعرضت له من خلال الإبحاث كوني هيلم لانية

ولهذا أيضاً أستشعر دائماً بالسوء وعدم الأمان والغيرة المفرطة من زوجي أشعر دائماً أنه من الممكن أن يقوم بخيانتي لدى أكثر من الشكوك وعدم الثقة في النفس أمضى ليالٍ كثيرة باكية هذه التي أحاول أن أخفيها عنه

18

- مسيحية أرثوذكسية قبطية

كوني مسيحية قبطية من السهل أن أكون مهددة، محتقرة، حياتي
يتم استهدافها أوحتى التعرض للهجوم في الشوارع المصرية

- عشت في مصر بعد عزل مبارك لقد كنت مشاهدة على تفجير الكنائس
والهجوم على مسيرة ماسيرو السلمية حيث قام الجيش المصري
بقتل المسيحيين الذين كانوا يطالبون بالحماية بمنتهى السلمية
لقد قام السلفيين بحرق الكنيسة التى يطلق عليها زو...؟ أختم كنيسة
مار جرجس المسيرة العذراء لحماية ـ مايو ٢٠١١ وأيضاً أحد ١١ أصدقائنا
بطفلها ٩ ابريل ٢٠١٢ التى بكيا كثيراً على موته ماتوا من تفجير كنيسة مار جرجس

- ومازال أختي وأمي يعانون الكثير من التهديد
أن بعض الأحيان يقوم الكنيسة بغلق أبوابها خوفا من التهديدات
والوليد ولقد أخبروني
حين أرتاد المترو يقهون بسبي وسب ديني ويدعوننا بالكفرة القاهرة
في رحلتي الأخيرة إلى مصر حاولت إمرأة منتقبة بدفعي في المترو بجسدي
وهي تردد السباب والشتائم لي ولديني مصر لم تعد آمنة للمسيحي بعد

ولكل هذه الأسباب أتقدم بفائق الاحترام لسيادتكم بطلب
اللجوء داخل الولايات المتحدة الأمريكية

بنيقيل للشوراللشور ... شاو مرزبر

[5]

Exhibit B

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number<br>ZLA2044762850 | | Case Type<br>I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF<br>REMOVAL |
|---|---|---|
| Received Date<br>04/13/2020 | Priority Date | Applicant  A216 920 908<br>TAWADROS, NEVEN SHAWKY SHENODA |
| Notice Date<br>04/14/2020 | Page<br>1 of 1 | |

NEVEN TAWADROS
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
611 WILSHIRE BLVD STE 907
LOS ANGELES CA  90017

**Notice Type:** Receipt Notice

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

### *** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589 Application for Asylum and Withholding of Removal was received and is pending as of 04/13/2020. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from USCIS. If you change your address, send written notification of the change within 10 days to the Asylum Office at the below address or using the USCIS Online Change of Address system at https://egov.uscis.gov/coa/displayCOAForm.do. You will receive a notice informing you when you and those listed on your application as a spouse or child dependents must appear at an Application Support Center for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization, and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.

| Alien Number<br>A216 920 908 | Name<br>TAWADROS, NEVEN |
|---|---|

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Los Angeles Asylum Office
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 2003
Tustin CA 92781-2003

USCIS Contact Center: www.uscis.gov/contactcenter



**20**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                                                Form I-797C  04/01/19

Exhibit C



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| **ASC Appointment Notice** | APPLICATION/PETITION/REQUEST NUMBER ZLA2044762850 | | NOTICE DATE 09/26/2020 |
|---|---|---|---|
| CASE TYPE I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | ACCOUNT NUMBER | USCIS A# A216 920 908 | CODE 3 |



NEVEN SHAWKY SHENODA TAWADROS
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
611 WILSHIRE BLVD STE 907
LOS ANGELES CA 90017

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| **APPLICATION SUPPORT CENTER** USCIS TUSTIN 14541 Red Hill Avenue Tustin CA 92780 | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** **DATE AND TIME OF APPOINTMENT** 10/15/2020 12:00PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE, and**
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is closed due to inclement weather or for other unforeseeable circumstances, USCIS will automatically reschedule your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You must notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card*, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you must also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court*, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

### REQUEST FOR RESCHEDULING

❑ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.

APPLICATION NUMBER
1589 - ZLA2044762850



If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**21**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  04/01/19



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| **ASC Appointment Notice** | APPLICATION/PETITION/REQUEST NUMBER ZLA2044762860 | | | NOTICE DATE 09/26/2020 |
|---|---|---|---|---|
| CASE TYPE I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | ACCOUNT NUMBER | USCIS A# A216 920 909 | CODE 3 |



RAMY SABRY TAWFEK MASOUD
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
611 WILSHIRE BLVD STE 907
LOS ANGELES CA 90017

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER USCIS TUSTIN 14541 Red Hill Avenue Tustin CA 92780 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. DATE AND TIME OF APPOINTMENT 10/15/2020 12:00PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE, and**
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is **closed** due to inclement weather or for other unforeseeable circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You **must** notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card*, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you **must** also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court*, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

### REQUEST FOR RESCHEDULING

❑  **Please reschedule my appointment.**  Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.

APPLICATION NUMBER
I589 - ZLA2044762860



If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**22**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19

 Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| **ASC Appointment Notice** | APPLICATION/PETITION/REQUEST NUMBER ZLA2044762870 | | | NOTICE DATE 09/26/2020 |
|---|---|---|---|---|
| CASE TYPE 1589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | ACCOUNT NUMBER | USCIS A# A216 921 035 | CODE 2 |



YOUSSEF RAMY SABRYTAWFIK MASOUD
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
611 WILSHIRE BLVD STE 907
LOS ANGELES CA 90017

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER USCIS TUSTIN 14541 Red Hill Avenue Tustin CA 92780 | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** **DATE AND TIME OF APPOINTMENT** 10/15/2020 12:00PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE, and**
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

NOTE: USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

NOTE: If USCIS ASC is **closed** due to inclement weather or for other unforeseeable circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

WARNING: Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

CHANGE OF ADDRESS: You **must** notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/ addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card*, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you **must** also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court*, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

WARNING: You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

**REQUEST FOR RESCHEDULING**

❑ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.

APPLICATION NUMBER
1589 - ZLA2044762870



If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.
WARNING: *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**23**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C  04/01/19



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| **ASC Appointment Notice** | APPLICATION/PETITION/REQUEST NUMBER ZLA2044762880 | | | NOTICE DATE 09/26/2020 |
|---|---|---|---|---|
| CASE TYPE 1589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | ACCOUNT NUMBER | USCIS A# A216 921 036 | CODE 2 |

ADAM RAMY SABRY TAWFIK MASOUD
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
611 WILSHIRE BLVD STE 907
LOS ANGELES CA 90017



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER USCIS TUSTIN 14541 Red Hill Avenue Tustin CA 92780 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. DATE AND TIME OF APPOINTMENT 10/15/2020 12:00PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
   **1. THIS APPOINTMENT NOTICE,** and
   **2. PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is **closed** due to inclement weather or for other unforeseeable circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You must notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card,* to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you must also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court,* in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

| **REQUEST FOR RESCHEDULING** |
|---|
| ❑  **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice. |

APPLICATION NUMBER
1589 - ZLA2044762880



If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**24**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.      Form I-797C  04/01/19

Exhibit D

**staff@gihanthomaslaw.com**

| | |
|---|---|
| **From:** | staff@gihanthomaslaw.com |
| **Sent:** | Friday, January 29, 2021 2:53 PM |
| **To:** | 'LosAngelesAsylum@uscis.dhs.gov' |
| **Subject:** | Stand By Neven Tawadros A 216 920 908 |
| **Attachments:** | NEVEN TAWADROS.pdf |

Dear Sirs,

Kindly find attached for your reference.


Sincerely,
Despina Rezk

Legal Assistant
Law Offices of Gihan Thomas
930 Colorado Blvd, Unit 2
Los Angeles, CA 90041
T. 310.203.2242
F. 310.203.2287
E. staff@gihanthomaslaw.com

## REQUEST TO BE ADDED TO THE LOS ANGELES ASYLUM STANDBY LIST

| Applicant's Name | Neven Shawky Shenoda Tawadros |
|---|---|
| Applicant's A number | 216 920 908 |
| Applicant's Phone Number(s) | (657)252-7720 |
| Applicant's Email | nevenramy@gmail.com |

| Representative's Name | Gihan L. Thomas |
|---|---|
| Representative's Phone Number(s) | 310 203 2242 |
| Representative's Email | g.thomas@gihanthomaslaw.com |

**I would like to be added to the standby list. I have completed the following action:**

- ◼ Attached a copy of my I-589, including a declaration if applicable. (In lieu of submitting a declaration, I thoroughly completed I-589 Part B. Information About Your Application).

**I understand that:**

- ◼ I am not on the standby list until I have received notification from the Los Angeles Asylum Office that I have been added to the list. Adding me to the standby list is at the discretion of the Los Angeles Asylum Office.

- ◼ The Los Angeles Asylum Office will provide as much notice as possible, but I may be called as late as 5 pm the day before an interview.

- ◼ If I am not able to accept an interview date/time, it will count as an "attempt" to schedule an interview. If I am given multiple interview dates/times at the same time and I do not accept any of them, each date/time will count as an attempt. After three attempts without accepting an interview, I will be removed from the standby list.

- ◼ If I fail to appear for an accepted interview, I will be removed from the standby list.

- ◼ I will keep my contact information up to date. If the Los Angeles Asylum Office is unable to reach me or my attorney after several efforts, I may be removed from the standby list.

- ◼ If I will be submitting additional supporting documentation, it must be submitted in duplicate (one set of original documents and one copy) at least one week prior to the date of the interview and all documents will be are clearly labeled "Supporting Documents" and include applicant's name, alien registration number, and interview date and time, if applicable. Documents will be accepted by mail, fax (714-635-9136) 25 or fewer pages, or email (LosAngelesAsylum@uscis.dhs.gov) five pages or fewer.

- ◼ If I cannot accept an interview because I would like to submit supporting documentation, it will count as an attempt.

Exhibit E

10/21/2020                          Gmail - Neven Shawky Shenoda Tawadros - A 216 920 908

 **Gmail**                          LAW OFFICES OF GIHAN THOMAS <gihanthomaslawoffice@gmail.com>

---

# Neven Shawky Shenoda Tawadros - A 216 920 908
2 messages

**LAW OFFICES OF GIHAN THOMAS** <gihanthomaslawoffice@gmail.com>                    Fri, Sep 25, 2020 at 9:48 AM
To: "LosAngelesAsylum@uscis.dhs.gov" <LosAngelesAsylum@uscis.dhs.gov>

Dear Sir/Madam

I am attaching documentation to prove that Applicant's child is suffering from autism.
He has been evaluated and a copy of such evaluation is enclosed herewith.  I would
appreciate it if I can get a response to expedite the mother's interview.  Thank you in
advance for your cooperation.

Sincerely,
Gihan L. Thomas
Certified Specialist, Immigration & Nationality Law
The State Bar of California, Board of Legal Specialization
611 Wilshire Blvd., Suite 907
Los Angeles, CA 90017
T. 310.203.2242
F. 310.203.2287
E. gihanthomaslaw@yahoo.com
gihanthomaslawoffice@gmail.com

📄 **Massoud-Adam-INITIAL-03172020.pdf**
830K

---

**Mueller, Catherine G** <catherine.g.mueller@uscis.dhs.gov>                    Wed, Oct 21, 2020 at 1:36 PM
To: "gihanthomaslawoffice@gmail.com" <gihanthomaslawoffice@gmail.com>
Cc: Los Angeles Asylum <LosAngelesAsylum@uscis.dhs.gov>

**Good Afternoon,**


Thank you for your request for an expedited interview on behalf of your client and I do apologize for the delay in
response.


After reviewing the documents submitted, unfortunately at this time we are unable to grant your request for an expedited
interview. Requests for expedited interviews are granted only in limited situations as our office resources allow and only
upon demonstration of exceptional circumstance.


Thank you,

10/21/2020                    Gmail - Neven Shawky Shenoda Tawadros - A 216 920 908

## *Catherine Mueller*


**U.S. Citizenship
and Immigration
Services**

*Congressional Liaison Specialist*

Los Angeles Asylum Office (ZLA)

Refugee, Asylum, and International Operations

RPCV Guinea 2013-2014

T: 714-368-5511

Email: Catherine.g.mueller@uscis.dhs.gov

Please note, the Los Angeles Asylum office is now located at 14101 MYFORD RD, TUSTIN CA 92780

Our new mailing address is PO BOX 2003 TUSTIN, CA 92781-2003.

Our public phone number is: (714) 368-5700 and our fax number is (714) 368-5799.

IMPORTANT: This transmission is intended only for the use of the individual or entity to which it is addressed.  It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law.  If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited.  If you have received this transmission in error, please notify us by telephoning and returning the original transmission to us at the address given above. "Information in this message may be subject to the Privacy Act (5 USC 552a) and should be treated accordingly."

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**From:** LAW OFFICES OF GIHAN THOMAS <gihanthomaslawoffice@gmail.com>
**Sent:** Friday, September 25, 2020 9:48 AM
**To:** Los Angeles Asylum <LosAngelesAsylum@uscis.dhs.gov>
**Subject:** Neven Shawky Shenoda Tawadros - A 216 920 908

**CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Suspicious Email" button to report it as a phishing attempt.

[Quoted text hidden]

# Exhibit F



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| ZLA2044762850 | | I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
| **Received Date** 04/13/2020 | **Priority Date** | **Applicant** A216 920 908 TAWADROS , NEVEN SHAWKY SHENODA |
| **Notice Date** 10/22/2025 | **Page** 1 of 1 | |

GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
930 COLORADO BLVD
UNIT 2
LOS ANGELES CA  90041

**Notice Type:** Annual Asylum Fee Receipt Notice
**Total Amount Received:** $100.00 U.S.

---

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

This notice confirms that U.S. Citizenship and Immigration Services (USCIS) received the Annual Asylum Fee for your receipt number listed above.

You can receive updates on your application by visiting uscis.gov/casestatus to get the latest status.

**If you have any questions or comments regarding this notice, call the USCIS Contact Center toll free at 800-375-5283. If you are deaf or hard of hearing, please call the Contact Center TDD at 800-767-1833. To check the status of your application, please visit our website at uscis.gov/tools or check your USCIS online account.**

We will notify you separately about any other requests you have filed.

We will notify you separately about any other cases you have filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Asylum Division
U.S. CITIZENSHIP & IMMIGRATION SVC
401 West Peachtree Street NW
Suite 2500
Atlanta, GA  30308
USCIS Contact Center: www.uscis.gov/contactcenter



**29**

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information. | Form I-797C  10/13/21